KENNETH S. GUITERMAN, Appellant, *v.* FRANK E. TAPLIN et al., Respondents, Impleaded with Others.

Argued January 24, 1938; decided March 8, 1938.

*Hugh F. O'Donnell* and *Frank M. Swacker* for appellant.

*C. Frank Reavis* and *Martin D. Jacobs* for Frank E. Taplin, respondent.

*Martin Conboy, John Vance Hewitt* and *Gilman L. Sessions* for Pennsylvania Railroad Company et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.